**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rafael Puntier Fernandez        CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 21-12593 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

           Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
30 Sep 2021, 16:14:22, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322