UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 21-12593-MDC-13

Rafael Puntier Fernandez                                                                                Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 21-12593-MDC-13

Rafael Puntier Fernandez                                                                  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 4, 2021 :

| | |
|---|---|
| HENRY ALAN JEFFERSON<br>1700 Market Street<br>Suite 1005<br>Philadelphia, PA 19103 | William Miller<br>583 Bourse Building<br>111 So. Independence<br>Philadelphia, PA 19106 |

By /s/ Mandy Youngblood

    Mandy Youngblood

xxxxx98414 / 1047457