# Earnings Statement

**ADP**

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

| | |
|---|---|
| Period Beginning: | 08/21/2021 |
| Period Ending: | 08/27/2021 |
| Pay Date: | 09/03/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

RAFAEL PUNTIER
2708 DEVEREAUX AVE
PHILADELPHIA  PA  19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 40.00 | 920.00 | 27,485.00 |
| Overtime | 34.5000 | 3.00 | 103.50 | 16,585.75 |
| Bonus/Spiff | | | | 100.00 |
| Vacation | | | | 2,944.00 |
| Vol Vac Purch | | | | 848.80 |
| **Gross Pay** | | | **$1,023.50** | 48,883.55 |

| | | |
|---|---|---|
| **Net Pay** | | **$635.18** |
| Checking Acct#3 | | -635.18 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $895.43

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -74.66 | 5,151.22 |
| Social Security Tax | | -58.69 | 2,863.93 |
| Medicare Tax | | -13.73 | 669.79 |
| PA State Income Tax | | -29.06 | 1,418.13 |
| Philadelphia Income Tax | | -39.30 | 1,910.21 |
| PA SUI Tax | | -0.61 | 29.33 |
| **Other** | | | |
| Hlthy Svg Plan | | -25.40* | 889.00 |
| HSA Assoc Cont | | -19.24* | 673.40 |
| Pa Loc Serv Tax | | -1.00 | |
| Pretax Dental | | -15.92* | 557.20 |
| Vol Life Indiv | | -8.10 | 283.50 |
| Vol Life Spouse | | -3.89 | 136.15 |
| Vol Ltd | | -4.52 | |
| Vol Sd Ind | | -4.70 | 164.50 |
| Vol Sd Sp | | -2.33 | 81.55 |
| Vol Vac Purch | | -16.33* | 571.55 |
| 401K Dollars | | -51.18* | 1,965.63 |
| 401K Loan #1 | | -19.66 | 294.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,965.63 |
| Ytd 401K Match | | 977.70 |
| Bal Fl Hol Hrs | | 16.00 |
| Bal Personal Hr | | 0.00 |
| Bal Vac Hours | | 0.00 |
| Bal Vol Vac | | 0.00 |

© 2000 ADP, LLC

---

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

Advice number: 00000351977
Pay date: 09/03/2021

Deposited to the account of
**RAFAEL PUNTIER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1600 | xxxx xxxx | $635.18 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

| | |
|---|---|
| Period Beginning: | 08/28/2021 |
| Period Ending: | 09/03/2021 |
| Pay Date: | 09/10/2021 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   2
  PA:   N/A

RAFAEL PUNTIER
2708 DEVEREAUX AVE
PHILADELPHIA  PA  19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 40.00 | 920.00 | 28,405.00 |
| Overtime | 34.5000 | 19.00 | 655.50 | 17,241.25 |
| Overtime Adj | 23.0000 | 10.00 | 345.00 | 345.00 |
| Bonus/Spiff | | | | 100.00 |
| Vacation | | | | 2,944.00 |
| Vol Vac Purch | | | | 848.80 |
| **Gross Pay** | | | **$1,920.50** | 50,804.05 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -249.61 | 5,400.83 |
| Social Security Tax | | -114.30 | 2,978.23 |
| Medicare Tax | | -26.73 | 696.52 |
| PA State Income Tax | | -56.60 | 1,474.73 |
| Philadelphia Income Tax | | -73.74 | 1,983.95 |
| PA SUI Tax | | -1.15 | 30.48 |
| **Other** | | | |
| Hlthy Svg Plan | | -25.40* | 914.40 |
| HSA Assoc Cont | | -19.24* | 692.64 |
| Pa Loc Serv Tax | | -1.00 | |
| Pretax Dental | | -15.92* | 573.12 |
| Vol Life Indiv | | -8.10 | 291.60 |
| Vol Life Spouse | | -3.89 | 140.04 |
| Vol Ltd | | -4.52 | |
| Vol Sd Ind | | -4.70 | 169.20 |
| Vol Sd Sp | | -2.33 | 83.88 |
| Vol Vac Purch | | -16.33* | 587.88 |
| 401K Dollars | | -96.03* | 2,061.66 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan #1 | -19.66 | 313.72 |
| **Net Pay** | **$1,181.25** | |
| Checking Acct#3 | -1,181.25 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,747.58

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 2,061.66 |
| Ytd 401K Match | | 1,016.11 |
| Bal Fl Hol Hrs | | 16.00 |
| Bal Personal Hr | | 0.00 |
| Bal Vac Hours | | 0.00 |
| Bal Vol Vac | | 0.00 |

© 2000 ADP, LLC

---

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

| | |
|---|---|
| Advice number: | 00000361999 |
| Pay date: | 09/10/2021 |

Deposited to the account of
RAFAEL PUNTIER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1600 | xxxx xxxx | $1,181.25 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

| | |
|---|---|
| Period Beginning: | 09/04/2021 |
| Period Ending: | 09/10/2021 |
| Pay Date: | 09/17/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
PA: N/A

RAFAEL PUNTIER
2708 DEVEREAUX AVE
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 40.00 | 920.00 | 29,325.00 |
| Overtime | 34.5000 | 15.00 | 517.50 | 17,758.75 |
| Bonus/Spiff | | | | 100.00 |
| Overtime Adj | | | | 345.00 |
| Vacation | | | | 2,944.00 |
| Vol Vac Purch | | | | 848.80 |
| **Gross Pay** | | | **$1,437.50** | 52,241.55 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -148.66 | 5,549.49 |
| Social Security Tax | -84.36 | 3,062.59 |
| Medicare Tax | -19.73 | 716.25 |
| PA State Income Tax | -41.77 | 1,516.50 |
| Philadelphia Income Tax | -55.20 | 2,039.15 |
| PA SUI Tax | -0.86 | 31.34 |
| **Other** | | |
| Hlthy Svg Plan | -25.40* | 939.80 |
| HSA Assoc Cont | -19.24* | 711.88 |
| Pa Loc Serv Tax | -1.00 | |
| Pretax Dental | -15.92* | 589.04 |
| Vol Life Indiv | -8.10 | 299.70 |
| Vol Life Spouse | -3.89 | 143.93 |
| Vol Ltd | -4.52 | |
| Vol Sd Ind | -4.70 | 173.90 |
| Vol Sd Sp | -2.33 | 86.21 |
| Vol Vac Purch | -16.33* | 604.21 |
| 401K Dollars | -71.88* | 2,133.54 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan #1 | -19.66 | 333.38 |
| **Net Pay** | **$893.95** | |
| Checking Acct#3 | -893.95 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,288.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 2,133.54 |
| Ytd 401K Match | | 1,044.86 |
| Bal Fl Hol Hrs | | 16.00 |
| Bal Personal Hr | | 0.00 |
| Bal Vac Hours | | 0.00 |
| Bal Vol Vac | | 0.00 |

© 2000 ADP, LLC

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

Advice number: 00000372017
Pay date: 09/17/2021

Deposited to the account of
RAFAEL PUNTIER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1600 | xxxx xxxx | $893.95 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Earnings Statement** ADP

| | |
|---|---|
| RAYMOURS FURNITURE CO., INC.<br>P.O. BOX 220<br>LIVERPOOL, NEW YORK 13088-0220 | Period Beginning: 09/11/2021<br>Period Ending: 09/17/2021<br>Pay Date: 09/24/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

RAFAEL PUNTIER
2708 DEVEREAUX AVE
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 40.00 | 920.00 | 30,245.00 |
| Overtime | 34.5000 | 16.50 | 569.25 | 18,328.00 |
| Bonus/Spiff | | | | 100.00 |
| Overtime Adj | | | | 345.00 |
| Vacation | | | | 2,944.00 |
| Vol Vac Purch | | | | 848.80 |
| **Gross Pay** | | | **$1,489.25** | 53,730.80 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -159.48 | 5,708.97 |
| Social Security Tax | | -87.57 | 3,150.16 |
| Medicare Tax | | -20.48 | 736.73 |
| PA State Income Tax | | -43.36 | 1,559.86 |
| Philadelphia Income Tax | | -57.18 | 2,096.33 |
| PA SUI Tax | | -0.90 | 32.24 |
| **Other** | | | |
| Hlthy Svg Plan | | -25.40* | 965.20 |
| HSA Assoc Cont | | -19.24* | 731.12 |
| Pa Loc Serv Tax | | -1.00 | |
| Pretax Dental | | -15.92* | 604.96 |
| Vol Life Indiv | | -8.10 | 307.80 |
| Vol Life Spouse | | -3.89 | 147.82 |
| Vol Ltd | | -4.52 | |
| Vol Sd Ind | | -4.70 | 178.60 |
| Vol Sd Sp | | -2.33 | 88.54 |
| Vol Vac Purch | | -16.33* | 620.54 |
| 401K Dollars | | -74.46* | 2,208.00 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan #1 | -19.66 | 353.04 |
| **Net Pay** | **$924.73** | |
| Savings Acct | -924.73 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,337.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 2,208.00 |
| Ytd 401K Match | | 1,074.65 |
| Bal Fl Hol Hrs | | 16.00 |
| Bal Personal Hr | | 0.00 |
| Bal Vac Hours | | 0.00 |
| Bal Vol Vac | | 0.00 |

© 2000 ADP, LLC

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

Advice number: 00000382026
Pay date: 09/24/2021

Deposited to the account of
RAFAEL PUNTIER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2430 | xxxx xxxx | $924.73 |

THIS IS NOT A CHECK
VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

| | |
|---|---|
| Period Beginning: | 09/18/2021 |
| Period Ending: | 09/24/2021 |
| Pay Date: | 10/01/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   PA: N/A

RAFAEL PUNTIER
2708 DEVEREAUX AVE
PHILADELPHIA  PA  19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 40.00 | 920.00 | 31,165.00 |
| Overtime | 34.5000 | 10.00 | 345.00 | 18,673.00 |
| Bonus/Spiff | | | | 100.00 |
| Overtime Adj | | | | 345.00 |
| Vacation | | | | 2,944.00 |
| Vol Vac Purch | | | | 848.80 |
| **Gross Pay** | | | **$1,265.00** | 54,995.80 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -112.61 | 5,821.58 |
| Social Security Tax | | -73.66 | 3,223.82 |
| Medicare Tax | | -17.23 | 753.96 |
| PA State Income Tax | | -36.47 | 1,596.33 |
| Philadelphia Income Tax | | -48.57 | 2,144.90 |
| PA SUI Tax | | -0.76 | 33.00 |
| **Other** | | | |
| Hlthy Svg Plan | | -25.40* | 990.60 |
| HSA Assoc Cont | | -19.24* | 750.36 |
| Pa Loc Serv Tax | | -1.00 | |
| Pretax Dental | | -15.92* | 620.88 |
| Vol Life Indiv | | -8.10 | 315.90 |
| Vol Life Spouse | | -3.89 | 151.71 |
| Vol Ltd | | -4.52 | |
| Vol Sd Ind | | -4.70 | 183.30 |
| Vol Sd Sp | | -2.33 | 90.87 |
| Vol Vac Purch | | -16.33* | 636.87 |
| 401K Dollars | | -63.25* | 2,271.25 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan #1 | -19.66 | 372.70 |
| **Net Pay** | **$791.36** | |
| Checking Acct | -791.36 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,124.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 2,271.25 |
| Ytd 401K Match | | 1,099.95 |
| Bal Fl Hol Hrs | | 16.00 |
| Bal Personal Hr | | 0.00 |
| Bal Vac Hours | | 0.00 |
| Bal Vol Vac | | 0.00 |

© 2000 ADP, LLC.

---

RAYMOURS FURNITURE CO., INC.
P.O. BOX 220
LIVERPOOL, NEW YORK 13088-0220

Advice number: 00000392018
Pay date: 10/01/2021

Deposited to the account of
RAFAEL PUNTIER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2430 | xxxx xxxx | $791.36 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**