# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Chapter 13

RAFAEL  PUNTIER FERNANDEZ                         Bankruptcy No. 21-12593-MDC

2708 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149



                Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
RAFAEL  PUNTIER FERNANDEZ

2708 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149

**Counsel for debtor(s), by electronic notice only.**
HENRY ALAN JEFFERSON
JEFFERSON LAW LLC
1700 MARKET ST., STE 1005
PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/30/2021                                                    /s/ Kenneth E. West

                                        _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee