UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

April 5, 2022

To:
**Henry Jefferson, Esq.**

                In re: **Rafael Puntier Fernandez**
                Bankruptcy No. **21-12593**
                Adversary No.
                Chapter 13

Re **Amended Schedule E/F**

The above document(s) were filed in this office on April 2, 2022. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

      ( )    Voluntary Petition
      ( )    Adversary Proceeding
      (x)    $32.00 Filing Fee for Amendments
      ( )    $26.00 Claims Transfer Fee
      ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                Timothy B. McGrath
                                Clerk


                                By:**Paul  A.  Puskar**
                                    Deputy Clerk

*Fee Notice*
*(12/23/20)*