## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| RAFAEL PUNTIER FERNANDEZ, ) | CASE NO.: 21-12593-MDC |
| ) | |
| Debtor ) | **HEARING DATE:** |
| ) | Tuesday, April 5, 2022 |
| CAPITAL ONE AUTO FINANCE, ) | 10:30 a.m. |
| A DIVISION OF CAPITAL ONE, N.A., ) | |
| Movant ) | **LOCATION:** |
| vs. ) | U.S. Bankruptcy Court |
| ) | Robert N.C. Nix Federal Courthouse |
| RAFAEL PUNTIER FERNANDEZ, ) | Courtroom #2 |
| JANET I. MERCADO, Codebtor, ) | 900 Market Street |
| Respondents ) | Philadelphia, PA 19107 |
| and ) | |
| KENNETH E. WEST, ) | |
| Trustee ) | |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay are lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2012 Ford F150 Crew Cab Lariat 4WD 5.0L V8, V.I.N. 1FTFW1EF9CFA52045) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

April 5, 2022

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

Please send copies to:

Rafael Puntier Fernandez
2708 Devereaux Avenue
Philadelphia, PA 19149

Janet I. Mercado
2708 Devereaux Avenue
Philadelphia, PA 19149

Henry Alan Jefferson, Esq.
Jefferson Law, LLC
1700 Market Street Suite 1005
Philadelphia, PA 19103

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Race Street
Philadelphia, PA 19130