# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Rafael Puntier Fernandez,   : Chapter   13
:
Debtor(s)   : Case No.   21-12593-MDC
:

## CERTIFICATE OF NO RESPONSE

I hereby certify that on May 8, 2022, a copy of the Motion to Modify the Plan Post-Confirmation was served, by either ECF or first-class regular U.S. mail, on the above-named debtor, and secured and priority creditors of the Debtor(s) at their addresses as shown in the schedules accompanying the Debtor's petition.

I further certify that at least 14 days have lapsed since such mailing and that no response in opposition to the Motion has been filed or received by this office.

It is respectfully requested that the Court approve Debtor(s) post-confirmation Plan as outlined in the Motion.

Respectfully Submitted,

JEFFERSON LAW, LLC

Date: June 2, 2022    By:   /s/ Henry A. Jefferson
Henry A. Jefferson, Esquire.
Attorney for Debtor(s)

1700 Market Street, Suite 1005
Philadelphia, PA 19103
P: 215.399.0911
E: hjefferson@hjeffersonlawfirm.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Rafael Puntier Fernandez, | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Case No. 21-12593-MDC |
| | | : | |

## ORDER

**AND NOW,** upon consideration of the Motion to Modify Plan Post-Confirmation filed by the Debtor's counsel, and upon counsel's certification that proper service has been made on all secured and priory creditors, and upon counsel for the Debtor(s) certification of no response,

It is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____

_____
**HON. MAGDELINE D. COLEMAN**
**CHIEF BANKRUPTCY JUDGE**