**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Rafael Puntier Fernandez, | : | Chapter   13 |
| | : | |
| Debtor(s) | : | Case No.   21-12593-MDC |
| | : | |

**ORDER**

**AND NOW**, this ___3rd___ day of _____June_____ 2022, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**