# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Rafael Puntier Fernandez, | : Chapter | 13 |
| | | : | |
| | Debtor(s) | : Case No. | 21-12593-MDC |
| | | : | |

## ORDER

**AND NOW,** upon consideration of the Motion to Modify Plan Post-Confirmation filed by the Debtor's counsel, and upon counsel's certification that proper service has been made on all secured and priory creditors, and upon counsel for the Debtor(s) certification of no response,

It is hereby **ORDERED** that the Motion is **GRANTED**.

Date: __June 3, 2022__                    _____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**