# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12593-MDC

RAFAEL  PUNTIER FERNANDEZ

2708 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RAFAEL  PUNTIER FERNANDEZ

2708 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

HENRY ALAN JEFFERSON, ESQ
JEFFERSON LAW LLC
1700 MARKET STREET, STE 1005
PHILADELPHIA, PA 19103-

Date: 12/22/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee