# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Rafael Puntier Fernandez,            : Chapter   13
                                              :
         Debtor(s)                            : Case No.   21-12593-MDC
                                              :

## ORDER

**AND NOW,** this ___8th___ day of ___March___ 2023, upon consideration of the foregoing Objection to Amended Proof of Claim Number Four, it is hereby **Ordered** and **Decreed** that Amended Proof of Claim Number Four shall be disallowed, because it was untimely filed and asserts entirely new matter for a deficiency resulting from disposition of collateral filed after the bar date.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**